UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Denean Adams

          Plaintiff,

v.

Board of Education Harvey School District 152, et al.

          Defendant.

Case No.: 1:15−cv−08144

Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 6, 2016:

    MINUTE entry before the Honorable Sharon Johnson Coleman: Based on the foregoing discussion, this Court grants the Board defendants' Motion to Dismiss Count III [17] and grants the Harvey defendants' Motion to Dismiss Count IV [22]. Enter Memorandum Opinion and Order.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.