**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DR. DENEAN ADAMS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No.: 15 C 8144 |
| | ) | |
| **BOARD OF EDUCATION HARVEY** | ) | Judge Coleman |
| **SCHOOL DISTRICT 152, GLORIA** | ) | |
| **JOHNSON in her individual capacity,** | ) | |
| **BETTY JOHNSON, in her individual** | ) | |
| **Capacity, DR. KISHA MCCASKILL,** | ) | **JURY TRIAL DEMANDED** |
| **in her individual capacity, JANET ROGERS,** | ) | |
| **in her individual capacity, TYRONE** | ) | |
| **ROGERS, in his individual capacity,** | ) | |
| **LINDA HAWKINS, in her individual capacity,** | ) | |
| **FELICIA JOHNSON, in her individual** | ) | |
| **capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING**

TO:    Jerome M. Davis
         9024 McIntosh Court
         Lakewood, IL 60014
         Jeromed483@gmail.com

     PLEASE TAKE NOTICE that on August 8, 2019, I caused Defendants' Notice of Appeal and Docketing Statement to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois – Eastern Division.

                                        /s/: *Christopher L. Petrarca*
                                        CHRISTOPHER L. PETRARCA

## **CERTIFICATE OF SERVICE**

      I, CHRISTOPHER L. PETRARCA, certify that August 8, 2019, I caused a copy of this Notice and the documents referred to therein to be served upon the above-captioned party by e-mail transmission through the Case Management/Electronic Case Filing System in accordance with Local Rule 5.9.

                                                  /s/: *Christopher L. Petrarca*
                                                  CHRISTOPHER L. PETRARCA

CHRISTOPHER L. PETRARCA
HAUSER, IZZO, PETRARCA,
GLEASON & STILLMAN, LLC
1415 W. 22nd Street – Suite 200
Oak Brook, Illinois 60523
Telephone:    (630) 928-1200
Facsimile:    (630) 928-1300
cpetrarca@hauserizzo.com